UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NUMBER 19-747 |
| v. | § § § | |
| NATHAN MARTINEZ<br>JERONIMO OVIEDO JR., and<br>JORGE ALFREDO RUIZ | § § § | |

United States Courts
Southern District of Texas
FILED

OCT - 9 2019

David J. Bradley, Clerk of Court

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 11, 2019, in the Houston Division of the Southern District of Texas,

**NATHAN MARTINEZ**
**JERONIMO OVIEDO JR., and**
**JORGE ALFREDO RUIZ**

defendants herein, did aid and abet each other and did unlawfully steal firearms from TAC 47, 1730 Elmview Dr., Suite #D2, Houston, Texas, a federal firearms licensee.

In violation of Title 18, United States Code, Sections 924(m) and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREMAN OF THE GRAND JURY

Ryan K. Patrick
United States Attorney

BY: *[signature]*
Jennie L. Basile
Assistant United States Attorney
713-567-9393